PER CURIAM.
Affirmed. Pope v. Wainwright, 496 So.2d 798 (Fla.1986), cert. denied, Pope v. Dugger, 480 U.S. 951, 107 S.Ct. 1617, 94 L.Ed.2d 801 (1987); McCray v. State, 416 So.2d 804 (Fla.1982); Alfonso v. State, 528 So.2d 383 (Fla. 3d DCA), review denied, 528 So.2d 1183 (Fla.1988); Westley v. State, 416 So.2d 18 (Fla. 1st DCA 1982); Jones v. State, 343 So.2d 921 (Fla. 3d DCA), cert. denied, 352 So.2d 172 (Fla.1977).